USDC SCAN INDEX SHEET










```
SWD     7/26/05    12:45
3:05-CV-01479   MAD CATZ INTERACTIVE V. TAKE-TWO INTERACTIVE
*1*
*CMP.*
```

LATHAM & WATKINS LLP
Stephen P. Swinton (Bar No. 106398)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419

Attorneys for Plaintiffs
MAD CATZ INTERACTIVE, INC. AND
MAD CATZ, INC.

FILED

05 JUL 25 PM 2:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MAD CATZ INTERACTIVE, INC. and
MAD CATZ, INC.,

Plaintiffs,

v.

TAKE-TWO INTERACTIVE SOFTWARE,
INC., and ROCKSTART GAMES, INC.,

Defendants.

Case No. '05 CV 1479 LAB (RBB)

**COMPLAINT FOR DECLARATORY RELIEF**

**DEMAND FOR JURY TRIAL**

1. This is an action for declaratory relief arising under federal law.

**THE PARTIES**

2. Plaintiff Mad Catz Interactive, Inc. ("MCII") is a corporation organized under the laws of Ontario, Canada. Plaintiff Mad Catz, Inc. is a Delaware corporation with its principal place of business in San Diego, California. Mad Catz is a wholly owned subsidiary of MCII. Mad Catz owns the "GameShark" brand and distributes various game enhancement products under the GameShark brand.

3. Plaintiffs are informed and believe that defendant Take-Two Interactive Software, Inc. is a corporation which maintains its principal place of business in New York, New York.

///

1   Plaintiffs are similarly informed that defendant Rockstart Games, Inc. is a wholly-owned
2   subsidiary of Take-Two Interactive Software, Inc.

### JURISDICTION AND VENUE

4.   Plaintiffs seek relief through the declaratory action as provided by 22 U.S.C. 2201. The underlying dispute between the parties arises under federal law including the Copyright Act. This Court has jurisdiction over Plaintiffs' related state law disputes by principles of supplemental jurisdiction. Under 28 U.S.C. 1400, venue is appropriate in this jurisdiction in that the defendants do business in this district and have agents for and in this district.

### FIRST CAUSE OF ACTION
#### DECLARATORY RELIEF

5.   Defendants Take-Two and Rockstart allege and contend that plaintiffs' GameShark products infringe various copyright and state law contract rights associated with their *Grand Theft Auto: San Andreas* video game product.

6.   Plaintiffs dispute defendants' allegations and contentions of copyright infringement and related disputes arising under federal and state law. Plaintiffs specifically dispute and deny that they have infringed any alleged copyright interests of defendants.

7.   The forgoing disputes and contentions of the parties create a real and substantial case or controversy arising under the federal Copyright Act. Plaintiffs desire and request the intervention of the Court to resolve the competing contentions of the parties arising under federal and state law.

**WHEREFORE,** plaintiffs pray for relief, including:

1.   For a judgment that plaintiffs' GameShark products do not infringe defendants' alleged copyright interests;

2.   For a judgment that plaintiffs have not infringed or violated any alleged state law interests alleged by defendants; and

/ / /

/ / /

1 | For such other and further relief as the Court may grant.

3 | Dated: July 25, 2005

LATHAM & WATKINS LLP
Stephen P. Swinton

By _____
Stephen P. Swinton
Attorneys for Plaintiffs

1 **DEMAND FOR JURY TRIAL**

2 Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Civil Rule 38.1,

3 Plaintiffs demand trial by jury for all issues triable of right by a jury.

5 Dated: July 25, 2005

LATHAM & WATKINS LLP
Stephen P. Swinton

By _____
Stephen P. Swinton
Attorneys for Plaintiffs

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>05CV1479 | DATE FILED<br>7/25/05 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Mad Catz Interative | | DEFENDANT<br>Take-Two Interactive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 see complaint | see complaint | see complaint |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights  Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS
MAD CATZ INTERACTIVE, INC. and
MAD CATZ, INC.

## DEFENDANTS
TAKE-TWO INTERACTIVE SOFTWARE, INC. and
ROCKSTART GAMES, INC.

FILED
05 JUL 25 PM 2:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Latham & Watkins LLP
Stephen P. Swinton (106398)
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 236-1234

ATTORNEYS (IF KNOWN)

'05 CV 1479 LAB (RBB)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C. 2201, Declaratory Judgment dispute arising under federal law/copyright.

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 640 R.R. & Truck | [X] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Conditions | | | |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ As Proven
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ Docket Number _____

DATE: July 25, 2005
SIGNATURE OF ATTORNEY OF RECORD: Stephen P. Swinton

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

**ORIGINAL**

115684  $250.00